**FILED**
June 23, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JONATHAN AUSTIN, )<br>Defendant. )<br>_____ ) | Case No. MAG. 11-0174-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JONATHAN AUSTIN, Case No. MAG. 11-0174-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____   Release on Personal Recognizance

  X    Bail Posted in the Sum of: $50,000.00.

      X   Co-Signed Unsecured Appearance Bond

     _____ Secured Appearance Bond

      X   (Other) Conditions as stated on the record.

     _____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/23/2011  at 3:00pm

By _____
Edmund F. Brennan
United States Magistrate Judge