```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER, Of Counsel (SBN 191540)
THOMAS M. GARBERSON, (SBN 269158)
660 'J' Street, Suite 390
Sacramento, CA  95814
Telephone: (916) 441-0824
Facsimile: (916) 441-0970
```

Attorneys for Defendant,
JONATHAN AUSTIN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JONATHAN AUSTIN,<br><br>　　　　Defendant. | Case No.: 2:11-CR-276-JAM<br><br>WAIVER OF PERSONAL APPEARANCE |
|---|---|

　　　Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.  Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all time by the presence of his attorney, the same as if

PDF created with pdfFactory trial version www.pdffactory.com

1  defendant were personally present; and further agrees to be
2  present in person in court ready for trial on any day which the
3  Court may fix in his absence.
4
5  DATED:  September 28, 2011         _____//s//_____
                                      JONATHAN AUSTIN
6
7
8  APPROVED:
9
10 __//s//_____
   CLYDE M. BLACKMON
11 Attorney for Defendant
   JONATHAN AUSTIN
12
13 IT IS SO ORDERED.
14
15
16
   DATED: 9/29/2011                   /s/ John A. Mendez_____
17                                    UNITED STATES DISTRICT COURT JUDGE
18

- 2 -
WAIVER OF PERSONAL APPEARANCE

PDF created with pdfFactory trial version www.pdffactory.com