CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
901 F STREET, SUITE 200
Sacramento, CA  95814
Telephone: (916) 444-9845

Attorneys for Defendant,
JONATHAN AUSTIN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-276 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCE AND REVISING SENTENCING SCHEDULE |
| vs. | |
| JONATHAN AUSTIN, | |
| Defendant. | |

The United States of America, through its counsel Assistant United States Attorney Jason S. Hitt, and defendant Jonathan Austin, through his counsel Clyde M. Blackmon, stipulate that the date for imposition of judgment and sentence upon Mr. Austin be continued to March 12, 2013, and that the sentencing schedule pertaining to the preparation, objections to, and filing of the Presentence Report in the matter be revised as follows.

- Judgment and Sentencing date: March 12, 2013 at 9:45 a.m.
- Reply, or Statement of Non-Opposition: March 5, 2013
- Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer

1     and opposing counsel no later than:  February 26, 2013

2 - The Presentence Report shall be filed with the Court and
3    disclosed to counsel no later than: February 19, 2013
4 - Counsel's written objections to the Presentence Report
5    shall be delivered the Probation Officer and opposing
6    counsel no later than: February 12, 2013

7     It is necessary to continue the date for imposition of
8 judgment and sentence and to revise the sentencing schedule
9 because the preparation of the Presentence Report was delayed.
10 As a result, counsel for Mr. Austin was not able to review the
11 report and timely comply with the previous sentencing schedule
12 in the preparation of his written objections.

13     United States Probation Officer Lynda M. Moore has been
14 advised of the necessity to continue the sentencing date and
15 revision of the sentencing schedule; she has no objection to the
16 granting of the proposed order.

17     Therefore, the parties request that the imposition of
18 judgment and sentence in this matter, currently set for February
19 26, 2013, be continued to 9:45 a.m. on March 12, 2013.

20     IT IS SO STIPULATED.

21 DATED:   February 4, 2013    By: //s// Clyde M. Blackmon for
22                                          JASON HITT
                                         Assistant U.S. Attorney
23
24                                       ROTHSCHILD WISHEK & SANDS LLP
25 DATED:   February 4, 2013    By: _//s// Clyde M. Blackmon___
26                                        CLYDE M. BLACKMON
                                       Attorneys for Defendant
27                                        JONATHAN AUSTIN
28

1 **ORDER**

2    GOOD CAUSE APPEARING upon the stipulation of the parties
3 the imposition of judgment and sentence in this matter presently
4 scheduled for February 26, 2013, is continued to March 12, 2013,
5 at 9:45 a.m., and the sentencing schedule is revised as follows.

6 - Judgment and Sentencing date: March 12, 2013 at 9:45 a.m.
7 - Reply, or Statement of Non-Opposition: March 5, 2013
8 - Motion for Correction of the Presentence Report shall be
9   filed with the Court and served on the Probation Officer
10  and opposing counsel no later than: February 26, 2013
11 - The Presentence Report shall be filed with the Court and
12  disclosed to counsel no later than: February 19, 2013
13 - Counsel's written objections to the Presentence Report
14  shall be delivered the Probation Officer and opposing
15  counsel no later than: February 12, 2013

16 IT IS SO ORDERED.

17 Dated: 2/6/2013                /s/ John A. Mendez_____
                                  JOHN A. MENDEZ
18                                United States District Court Judge