CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
901 F STREET, SUITE 200
Sacramento, CA  95814
Telephone: (916) 444-9845

Attorneys for Defendant,
JONATHAN AUSTIN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JONATHAN AUSTIN,<br><br>        Defendant. | Case No.: 2:11-CR-276 JAM<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCE AND REVISING SENTENCING SCHEDULE |

The United States of America, through its counsel Assistant United States Attorney Jason S. Hitt, and defendant Jonathan Austin, through his counsel Clyde M. Blackmon, stipulate that the date for imposition of judgment and sentence upon Mr. Austin be continued to March 26, 2013, and that the sentencing schedule pertaining to the preparation, objections to, and filing of the Presentence Report in the matter be revised as follows.

- Judgment and Sentencing date: March 26, 2013 at 9:45 a.m.
- Reply, or Statement of Non-Opposition: March 19, 2013
- Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer

- 1 -

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING

1     and opposing counsel no later than:  March 12, 2013
2  - The Presentence Report shall be filed with the Court and
3    disclosed to counsel no later than: March 5, 2013
4  - Counsel's written objections to the Presentence Report
5    shall be delivered the Probation Officer and opposing
6    counsel no later than: February 26, 2013
7     It is necessary to continue the date for imposition of
8  judgment and sentence and to revise the sentencing schedule
9  because Mr. Blackmon has fallen ill and will not be able to
10 complete his review of the report and timely comply with the
11 previous sentencing schedule in the preparation of his written
12 objections.
13    United States Probation Officer Lynda M. Moore has been
14 advised of the necessity to continue the sentencing date and
15 revision of the sentencing schedule; she has no objection to the
16 granting of the proposed order.
17    Therefore, the parties request that the imposition of
18 judgment and sentence in this matter, currently set for March
19 12, 2013, be continued to 9:45 a.m. on March 26, 2013.
20    IT IS SO STIPULATED.
21 DATED:   February 12, 2013     By: //s// Clyde M. Blackmon for
22                                    JASON HITT
                                      Assistant U.S. Attorney
23
24                                 ROTHSCHILD WISHEK & SANDS LLP
25 DATED:   February 12, 2013     By: _//s// Clyde M. Blackmon___
26                                    CLYDE M. BLACKMON
                                      Attorneys for Defendant
27                                    JONATHAN AUSTIN
28

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties the imposition of judgment and sentence in this matter presently scheduled for March 12, 2013, is continued to March 26, 2013, at 9:45 a.m., and the sentencing schedule is revised as follows.

- Judgment and Sentencing date: March 26, 2013 at 9:45 a.m.
- Reply, or Statement of Non-Opposition: March 19, 2013
- Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: March 12, 2013
- The Presentence Report shall be filed with the Court and disclosed to counsel no later than: March 5, 2013
- Counsel's written objections to the Presentence Report shall be delivered the Probation Officer and opposing counsel no later than: February 26, 2013

IT IS SO ORDERED.

Dated:  2/12/2013         /s/ John A. Mendez_____
                          JOHN A. MENDEZ
                          United States District Court Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING