```
1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  901 F STREET, SUITE 200
   Sacramento, CA  95814
3  Telephone: (916) 444-9845

4  Attorneys for Defendant,
   JONATHAN AUSTIN
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-276 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| vs. | |
| JONATHAN AUSTIN, | |
| Defendant. | |

The United States of America, through its counsel Assistant U. S. Attorney Jason S. Hitt, and defendant Jonathan Austin, through his counsel Clyde M. Blackmon, stipulate that the sentencing hearing in this matter now scheduled for April 30, 2013, at 9:45 a.m., may be continued to February 25, 2014, at 9:45 a.m.

A continuance of the sentencing hearing is necessary because, while Mr. Austin's case has been resolved by way of a guilty plea, the charges against some other defendants in the case, or related cases, are still pending and information pertaining to the resolution of the charges against those

- 1 -

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING

1  defendants may be helpful to the Court in fashioning a sentence
2  for Mr. Austin.  Therefore, the parties request that the
3  sentencing hearing for Mr. Austin be continued to February 25,
4  2014, at 9:45 a.m.
5      **IT IS SO STIPULATED.**
6  DATED:   April 25, 2013         By: /s/ Clyde M. Blackmon for
                                        Jason S. Hitt
7                                       Assistant U.S. Attorney

8  DATED:   April 25, 2013         By: /s/ Clyde M. Blackmon
9                                      CLYDE M. BLACKMON,
                                       ROTHSCHILD WISHEK & SANDS
10                                     LLP, Attorneys for
                                       Defendant JONATHAN AUSTIN
11

**ORDER**

Good cause appearing upon the stipulation of the parties, it is ordered that the hearing regarding the imposition of judgment and sentence upon Jonathan Austin now scheduled for April 30, 2013, is continued to 9:45 a.m. on February 25, 2014.

**IT IS SO ORDERED:**

DATED:  4/25/2013                    /s/ John A. Mendez_____
                                     JOHN A. MENDEZ
                                     United States District Court Judge