```
 1  CLYDE M. BLACKMON (SBN 36280)
    ROTHSCHILD WISHEK & SANDS LLP
 2  765 University Avenue
    Sacramento, CA  95825
 3  Telephone: (916) 444-9845
    cblackmon@rwslaw.com
 4
 5  Attorneys for Defendant,
    JONATHAN AUSTIN
 6
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-276 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| vs. | |
| JONATHAN AUSTIN, | |
| Defendant. | |

The United States of America, through its counsel Assistant U. S. Attorney Jason S. Hitt, and defendant Jonathan Austin, through his counsel Clyde M. Blackmon, stipulate that the sentencing hearing in this matter now scheduled for February 25, 2014, at 9:45 a.m., may be continued to April 1, 2014, at 9:45 a.m.

A continuance of the sentencing hearing is necessary because, while Mr. Austin's case has been resolved by way of a guilty plea, the charges against some other defendants in the case, or related cases, are still pending and information pertaining to the resolution of the charges against those

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING

1  defendants may be helpful to the Court in fashioning a sentence
2  for Mr. Austin.  Therefore, the parties request that the
3  sentencing hearing for Mr. Austin be continued to April 1, 2014,
4  at 9:45 a.m.
5      **IT IS SO STIPULATED.**
6  DATED:     February 13, 2014     By: /s/ Clyde M. Blackmon for__
                                        Jason S. Hitt
7                                       Assistant U.S. Attorney

8  DATED:     February 13, 2014     By: /s/ Clyde M. Blackmon___
9                                       CLYDE M. BLACKMON,
                                        ROTHSCHILD WISHEK & SANDS
10                                      LLP, Attorneys for
11                                      Defendant JONATHAN AUSTIN

**ORDER**

Good cause appearing upon the stipulation of the parties, it is ordered that the hearing regarding the imposition of judgment and sentence upon Jonathan Austin now scheduled for February 25, 2014, is continued to 9:45 a.m. on April 1, 2014.

**IT IS SO ORDERED:**

DATED:  2/13/2014            /s/ John A. Mendez_____
                             JOHN A. MENDEZ
                             United States District Court Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING