1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   cblackmon@rwslaw.com
4

5  Attorneys for Defendant,
   JONATHAN AUSTIN
6

7

8

9           IN THE UNITED STATES DISTRICT COURT FOR THE

10                  EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,           Case No.: 2:11-CR-276 JAM

13         Plaintiff,                  STIPULATION AND ORDER
                                       CONTINUING SENTENCING HEARING
14     vs.

15 JONATHAN AUSTIN,

16         Defendant.

17

18      The United States of America, through its counsel Assistant
19 U. S. Attorney Jason S. Hitt, and defendant Jonathan Austin,
20 through his counsel Clyde M. Blackmon, stipulate that the
21 sentencing hearing in this matter now scheduled for April 1,
22 2014, at 9:45 a.m., may be continued to August 19, 2014, at 9:45
23 a.m.
24      A continuance of the sentencing hearing is necessary
25 because, while Mr. Austin's case has been resolved by way of a
26 guilty plea, the charges against some other defendants in the
27 case, or related cases, are still pending and information
28 pertaining to the resolution of the charges against those

1  defendants may be helpful to the Court in fashioning a sentence
2  for Mr. Austin.  Therefore, the parties request that the
3  sentencing hearing for Mr. Austin be continued to August 19,
4  2014, at 9:45 a.m.
5  **IT IS SO STIPULATED.**

6  DATED:    March 27, 2014          By: /s/ Clyde M. Blackmon for__
7                                         Jason S. Hitt
                                           Assistant U.S. Attorney
8  DATED:    March 27, 2014          By: /s/ Clyde M. Blackmon___
9                                         CLYDE M. BLACKMON,
                                           ROTHSCHILD WISHEK & SANDS
10                                         LLP, Attorneys for
11                                         Defendant JONATHAN AUSTIN

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 **ORDER**

2   Good cause appearing upon the stipulation of the parties,
3 it is ordered that the hearing regarding the imposition of
4 judgment and sentence upon Jonathan Austin now scheduled for
5 April 1, 2014, is continued to 9:45 a.m. on August 19, 2014.
6   **IT IS SO ORDERED:**

7 DATED: 3/28/2014              /s/ John A. Mendez_____
                                JOHN A. MENDEZ
8                               United States District Court Judge