```
1   CLYDE M. BLACKMON (SBN 36280)
    ROTHSCHILD WISHEK & SANDS LLP
2   765 University Avenue
    Sacramento, CA  95825
3   Telephone: (916) 444-9845
    cblackmon@rwslaw.com
4
5   Attorneys for Defendant,
    JONATHAN AUSTIN
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-276 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| vs. | |
| JONATHAN AUSTIN, | |
| Defendant. | |

The United States of America, through its counsel Assistant U. S. Attorney Jason S. Hitt, and defendant Jonathan Austin, through his counsel Clyde M. Blackmon, stipulate that the sentencing hearing in this matter now scheduled for August 19, 2014, at 9:45 a.m., may be continued to September 16, 2014, at 9:30 a.m.

A continuance of the sentencing hearing is necessary because the parties are considering a possible amendment of the Plea Agreement that would permit counsel for Mr. Austin to argue for a downward variance from the Sentencing Guidelines sentence recommended in the Presentence Investigation Report.  However,

1  counsel for the government is out of his office during the week
2  of August 10, 2014, attending a training session on the east
3  coast.  He will not return to his office until August 18, the
4  day before Mr. Austin is to be sentenced.  That will not leave
5  the parties enough time to continue their discussions about the
6  possibility of an amendment of the Plea Agreement.  The parties
7  are requesting that the sentencing hearing be continued to
8  September 16, 2014; that will allow them time to continue their
9  discussions and for Mr. Austin's counsel to file a sentencing
10 memorandum based on the result of those discussions.
11       Therefore, the parties request that the sentencing hearing
12 for Mr. Austin be continued to 9:30 a.m. on September 16, 2014.
13       **IT IS SO STIPULATED.**

14 DATED:   August 11, 2014        By: /s/ Clyde M. Blackmon for
15                                     Jason S. Hitt
                                       Assistant U.S. Attorney
16
   DATED:   August 11, 2014        By: /s/ Clyde M. Blackmon
17                                     CLYDE M. BLACKMON,
                                       ROTHSCHILD WISHEK & SANDS
18                                     LLP, Attorneys for
                                       Defendant JONATHAN AUSTIN
19
20
21
22
23
24
25
26
27
28

**ORDER**

Good cause appearing upon the stipulation of the parties, it is ordered that the hearing regarding the imposition of judgment and sentence upon Jonathan Austin now scheduled for August 19, 2014, is continued to 9:30 a.m. on September 16, 2014.

**IT IS SO ORDERED:**

DATED:  8/11/2014                    /s/ John A. Mendez_____
                                     JOHN A. MENDEZ
                                     United States District Court Judge